MALLORY, Respondent, v. DIMOCK, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by David D. Mallory against Anthony W. Dimock.

PER CURIAM. Judgment and order reversed on argument, and new trial granted, costs to abide the event, on account of error in the rulings of the trial court in permitting the opinion of the Appellate Division of the Third Department, containing statements of fact in another case injurious to the defendant, to be read to the jury in the course of the defendant's cross-examination.

MAN, Appellant, v. SASLAVSKY, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by William Man against Nathan Saslavsky. G. B. Goodman, for appellant. A. H. Solotaroff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MANHEIM et al. v. RATNER. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Jacob Manheim and others against Charles Ratner. No opinion. Motion denied, on payment of $20 costs.

MARCH v. MARCH et al. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Egbert G. March, as executor, against Seth B. March and others. W. B. Hornblower, for appellants. M. Williams, for respondent Kennedy.

PER CURIAM. Judgment affirmed, with costs.

VAN BRUNT, P. J., dissenting.

MARQUETTE, Respondent, v. WATERTOWN THERMOMETER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Alice Marquette against the Watertown Thermometer Company. No opinion. Judgment and order affirmed, with costs.

MARRONI, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by John Marroni, as administrator, against the city of New York. T. Connoly, for appellant. L. Steckler, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest, costs, etc., to $2,164.60, in which event judgment, as so modified, and order, affirmed, without costs.

MARTIN v. CROSSLEY. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by John Martin against Hannah L. Crossley. No opinion. Motion granted.

MARTINEZ, Respondent, v. FIREMEN'S INS. CO. OF NEWARK, N. J., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by John P. Martinez against the Firemen's Insurance Company of Newark, N. J. No opinion. Motion denied, with $10 costs.

MATOTT et al., Respondents, v. GONYO et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by William Matott, Napoleon Matott, and Robert Wiley against Isaac Gonyo and others. No opinion. Judgment unanimously affirmed, with costs.

MAYER et al., Appellants, v. ROTHFUSS, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Gerson Mayer and others against Oscar M. Rothfuss. B. Tuska, for appellants. J. P. Eustis, for respondent. No opinion. Judgment and order affirmed, with costs.

MEEHAN, Respondent, v. ATLAS SAFE MOVING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Mary L. Meehan, as administratrix, against the Atlas Safe Moving Company. H. C. Smyth, for appellant. G. G. Battle, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, J., dissents.

MEGOWAN et al., Respondents, v. PETERSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by James Megowan and William S. Goddard against Charles G. Peterson. No opinion. Motion denied.

In re MEYER'S ESTATE. (Supreme Court, Appellate Division, First Department. April 7, 1905.) In the matter of John D. Meyer, deceased. No opinion. Motion denied.

MILLER, Appellant, v. VAN BRUNT ST. & E. B. R. Co., Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Samuel Miller against Van Brunt Street & Erie Basin Railroad Company. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.